# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EDWIN MELENDEZ,

      Plaintiff,

-vs-                              Case No. 6:09-cv-1552-Orl-28GJK

LAWSON LAMAR, MICHELLE LAPHAN,
MAUREEN BELL,

      Defendants.

## ORDER

This case is before the Court on Plaintiff's Emergency Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) filed September 10, 2009, and Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 6) filed September 11, 2009. The United States Magistrate Judge has submitted a report recommending that the emergency motion for leave be denied as moot and the motion for leave be denied and the Amended Civil Rights Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 16, 2009 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Emergency Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is **DENIED as moot.**

3. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 6) is **DENIED**.

4. The Court abstains from exercising jurisdiction in this case.

5. The Amended Complaint (Doc. No. 4) and the Second Amended Complaint (Doc. No. 5) are **DISMISSED.**

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party